O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-0786 AHM (SSx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | WRITERS GUILD OF AMERICA, WEST, INC. v. MOTOCROSS THE MOVIE, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Petitioner Writers Guild of America, West, Inc. ("Writers Guild") brings this motion for order for assignment of royalties in order to satisfy a February 20, 2007 judgment entered against Respondents Motocross the Movie, LLC ("Motocross") and Steve Austin. Respondents have not opposed the motion. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. However, Petitioner has failed to provide the Court with information necessary to grant its motion. For that reason, Petitioner's motion is DENIED without prejudice.[1]

Petitioner is correct that Cal. Code Civ. Proc. § 708.510 authorizes a court to "assign to the judgment creditor . . . all or part of a right to payment due or to become due, . . . including royalties." Cal. Code Civ. Proc. § 708.510(a). *See also UMG Recordings, Inc. v. BCD Music Group, Inc.*, 2009 WL 2213678 at *2 (July 9, 2009) (Otero, J.) (assigning payment rights to a judgment creditor under § 708.510).

Here, Petitioner asks for the assignment of royalties flowing to Motocross from 20th Century Fox Home Entertainment, LLC, a subsidiary of Twentieth Century Fox Film Corporation (collectively "Fox") from a 2004 agreement to distribute the Motocross movie to DVD and home video. Motion at 4.

Petitioner has represented that the Judgment remains entirely unsatisfied. Motion

---

[1] Docket Nos. 33, 36, & 37.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-0786 AHM (SSx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | WRITERS GUILD OF AMERICA, WEST, INC. v. MOTOCROSS THE MOVIE, LLC, *et al.* | | |

at 3. However, Petitioner never specifies for the Court how much is currently due and owing on the Judgment. Because the Judgment involves accruing interest, the Court cannot readily determine the amount currently due on the Judgment. *See* February 20, 2007 Judgment at 2. Section 708.510 specifies that a "right to payment may be assigned pursuant to this article only to the extent necessary to satisfy the money judgment." Cal. Code Civ. Proc. § 708.510(d). Therefore, the Court cannot grant the motion as presented.

The Court, therefore, DENIES Petitioner's motion for order for assignment of royalties without prejudice. Any renewed motion must be accompanied by a declaration attesting to the amount currently due on the judgment and a proposed order consistent with the findings of this Order.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |